**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| TIYANGELO PRESTON, | |
| Plaintiff, | Case No. 2:26-cv-00509-ALM-SCS |
| v. | Judge Algenon L. Marbley |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., | Magistrate Judge S. Courter Morris Shimeall |
| Defendant. | |

**STIPULATION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff TIYANGELO PRESTON and Defendant FIRST ADVANTAGE

BACKGROUND SERVICES CORP., by their attorneys and pursuant to S.D. Ohio Civ. R.

6.1(a), stipulate and agree that First Advantage shall have an additional twenty-one (21) days,

through and including June 16, 2026, to answer or otherwise respond to Plaintiff's Complaint.

No prior stipulated extensions of time to move or plead have been entered in this case, and this

extension does not exceed a total of twenty-one (21) days.

Respectfully submitted this 26th day of May, 2026.

By: */s/ Yitzchak Zelman*
    Yitzchak Zelman
    MARCUS & ZELMAN, LLC
    701 Cookman Avenue
    Asbury Park, New Jersey 07712
    Telephone: (732) 695-3282
    Facsimile: (732) 298-6256
    yzelman@marcuszelman.com

    Jonathan Lawrence Hilton
    Hilton Parker LLC
    7658 Slate Ridge Boulevard
    Reynoldsburg, Ohio 43068
    Telephone: (614) 992-2277
    Facsimile: (614) 927-5980
    jhilton@hiltonparker.com

    Counsel for Plaintiff

.

By: */s/ Daniel R. Birnbaum*
    Daniel R. Birnbaum
    Ohio Bar No. 89447
    SEYFARTH SHAW LLP
    233 S. Wacker Drive, Suite 8000
    Chicago, Illinois 60606
    Telephone: (312) 460-5000
    Facsimile: (312) 460-7000
    dbirnbaum@seyfarth.com

    Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all counsel of record.

*/s/  Daniel R. Birnbaum*
Daniel R. Birnbaum