THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION  ▾

|   |   |   |
|---|---|---|
| | : | |
| TIYANGELO PRESTON | : | Case No.  2:26-cv-00509-ALM-SCS |
| | : | Judge:  ALGENON L. MARBLEY |
| v. | : | Corporate Disclosure Statement |
| FIRST ADVANTAGE BACKGROUND | : | |
| SERVICES CORP. | : | |
| | : | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

First Advantage Background Services Corp.                                                    .

1.      Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

✔  YES        ___  NO

If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
First Advantage Corporation is First Advantage Background Services Corp.'s
parent company.

2.      Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

✔  YES        ___  NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.
First Advantage Corporation


/s/ Daniel R. Birnbaum                                June 23, 2026
Signature of Counsel                                  Date


"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 23, 2026, I electronically filed the foregoing with the Clerk

of the Court using the ECF system, which will send notice of such filing to all counsel of record.


*/s/ Daniel R. Birnbaum*
Daniel R. Birnbaum

2